FIRST NATIONAL BANK OF PETERBOROUGH *r*. BARKER *& a.*

The court will not, ordinarily, consider an application for discharge of bail under Gen. St., *c.* 206, *s.* 10, after an application for discharge, under *s.* 9, has been made to two justices and refused.

MOTION of the defendants at the return term of the writ, upon Gen. St., *c.* 206, *s.* 10, for the discharge of their bail. When arrested, on affidavit of their concealment of property, they applied, upon *s.* 9, to two justices, who, after a hearing, refused to discharge them from arrest. Reserved.

*Scott & Clark*, for the plaintiffs.

*E. M. Smith*, for the defendants.

ALLEN, J. When two tribunals have concurrent jurisdiction over the same question, and no right of appeal is given, and such question has been examined and heard in one tribunal, the same question will not ordinarily be reëxamined by the other. The defendants have been heard in a tribunal of their own selection, and now claim the right of appeal from a decision adverse to them. No such right is given by the statute, and no reason is suggested why they should be heard again here. They are bound by the decision already made, and this court will not revise it. *Claggett* v. *Simes*, 25 N. H. 410 ; *Anderson* v. *Roberts*, 18 Johns. 534.

*Motion denied.*